**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**RONALD AIKEN,**<br><br>**Defendant.** | **Criminal Action No. 25-179 (JEB)** |

## VERDICT FORM

How do you find the Defendant on the charge of Possession of a Firearm and Ammunition by a Person Previously Convicted of a Crime for which the Penalty was Greater than One Year?

__________ Guilty          ___X___ Not Guilty

[redacted]
Foreperson