AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

DISTRICT OF Columbia

UNITED STATES OF AMERICA

V.

RONALD AIKEN

## JUDGMENT OF ACQUITTAL

CASE NUMBER: 25-cr-00179-JEB-1

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

Signature of Judge

James E. Boasberg — USDC Chief Judge

Name of Judge — Title of Judge

10/20/2026

Date